**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF MICHIGAN**

**MUSIC L.A.A., INC. d/b/a LAA MUSIC,**

Plaintiff,

v.

**MADE HOOPS LLC,**

Defendant.

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

**JURY DEMAND**

Plaintiff Music L.A.A., Inc. d/b/a LAA Music ("Music L.A.A."), by its counsel, alleges against Defendant MADE Hoops LLC ("MADE Hoops") as follows:

## NATURE OF THE ACTION

1. This action concerns MADE Hoops' unauthorized use of the registered sound recording "Trae1" in two basketball videos published through MADE Hoops' official TikTok account, @madehoops.

2. Music L.A.A. acquired the Trae1 sound recording from its creator, Messiah Jackson, and owns the exclusive rights asserted in this action. The Copyright Office registered the recording as Registration No. SR 1-046-483.

3. Music L.A.A. asserts rights in the Trae1 sound recording only. It does not claim ownership of the finished "Shells" master recording, the performers' vocals, or any other contribution to that song.

## THE PARTIES

4. Plaintiff Music L.A.A., Inc. d/b/a LAA Music is the entity identified in the written transfer and Copyright Office registration as Music L.A.A. or Music LAA. It owns the exclusive rights and claims asserted here.

5. Defendant MADE Hoops LLC operates a commercial youth basketball event and media business under the MADE Hoops name. MADE Hoops publishes basketball event and promotional content through its official @madehoops TikTok account.

## JURISDICTION AND VENUE

6. This Court has subject-matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a) because this action arises under the Copyright Act, 17 U.S.C. §§ 101 et seq.

## OWNERSHIP AND REGISTRATION

10. Messiah Jackson created and fixed the instrumental sound recording “Trae1” in 2018.

11. On September 26, 2025, Jackson executed a Beat Buyout Agreement transferring to Music L.A.A. all rights, title, and interest, including all copyrights, in the Trae1 sound recording as incorporated in “Shells.” The agreement also grants Music L.A.A. the exclusive right to enforce the copyright and pursue claims for past, present, and future infringement.

12. The Copyright Office registered the Trae1 sound recording as Registration No. SR 1-046-483, effective October 3, 2025. The certificate identifies Jackson as the author, identifies Music LAA as the claimant by written agreement, and lists August 25, 2018 as the date of first publication.

13. Music L.A.A. is the Buyer named in Jackson's written transfer and the claimant identified in the registration. It owns the exclusive rights to reproduce and enforce the registered Trae1 sound recording, including the claims asserted here.

14. The two posts identified below were published after the registration became effective.

**THE CHALLENGED POSTS**

15. MADE Hoops controlled and operated the @madehoops TikTok account when it published the challenged posts.

16. On or about May 15, 2026, MADE Hoops published a basketball video through that account at https://www.tiktok.com/@madehoops/video/7640136088555621662. The video's audio incorporates actual recorded sounds from the Trae1 sound recording.

17. On or about September 8, 2026, MADE Hoops published a second basketball video through that account at https://www.tiktok.com/@madehoops/video/7683253784260136206. Its audio also incorporates actual recorded sounds from the Trae1 sound recording.

18. In each post, MADE Hoops fixed actual recorded sounds from Trae1 in the audio track of an audiovisual work and made that post available to TikTok users. The copied sounds come from the registered recording itself, not merely from a similar musical style or independently recreated performance.

19. MADE Hoops selected, uploaded, or caused the posts to be uploaded through its official business account. Music L.A.A. did not authorize MADE Hoops to reproduce or incorporate the Trae1 sound recording in either post.

**COUNT I COPYRIGHT INFRINGEMENT OF THE TRAE1 SOUND RECORDING**

**17 U.S.C. §§ 106(1), 114(b), and 501**

20. Music L.A.A. repeats and realleges paragraphs 1 through 19.

21. Music L.A.A. owns the registered copyright in the Trae1 sound recording and the exclusive right to reproduce that recording, including by fixing actual recorded sounds in audiovisual posts.

22. Without authorization, MADE Hoops reproduced actual recorded sounds from Trae1 in each challenged post and fixed those sounds in the posts' audio tracks. Those acts infringed Music L.A.A.'s exclusive right under 17 U.S.C. § 106(1), subject to § 114(b), and are actionable under § 501.

23. MADE Hoops' unauthorized reproductions impaired Music L.A.A.'s right to control and license use of the Trae1 sound recording and deprived it of compensation for the uses.

**PRAYER FOR RELIEF**

WHEREFORE, Music L.A.A. requests judgment against MADE Hoops as follows:

A. For actual damages and any profits attributable to the infringement under 17 U.S.C. § 504(b), or, as available and elected under §§ 412 and 504(c), statutory damages, including enhanced damages only if the evidence establishes willfulness.

B. For appropriate injunctive relief under 17 U.S.C. §§ 502 and 503 against further infringement of the rights Music L.A.A. proves it owns.

C. For its costs and reasonable attorneys' fees where authorized under 17 U.S.C. § 505, and interest to the extent permitted by law.

D. For any other relief the Court deems just and proper.

**JURY DEMAND**

24. Under Federal Rule of Civil Procedure 38, Music L.A.A. demands a trial by jury on all issues so triable.

Dated: September 30, 2026

By: /s/ Hal D. Burke
Hal D. Burke (P69068)
One SeaGate, Suite 640
Toledo, Ohio 43604
Telephone: (419) 243-2283
Fax: (419) 463-9139
Email: hburke@sgblegal.com
Counsel for Plaintiff Music L.A.A., Inc. d/b/a LAA Music